LAW OFFICES OF
# DANIEL M. TANENBAUM
One Channel Drive
Port Washington, New York 11050

------------------------------

516-829-4620
FAX 516-829-1008

Daniel M. Tanenbaum
Esther R. Goldbas

OF COUNSEL
Leorah G. Greenman
Admitted in NY and FL

------------------------

Colin Lareaux, Legal Intern
Allyson Diaz, Legal Assistant

February 7, 2011

**VIA ELECTRONIC MAIL**
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438
Attn: Hon. Joseph F. Bianco

Re: Kliger-Weiss Infosystems, Inc. d/b/a KWI v. East 5th Hub Corporation
Docket No. CV-10-4724

Dear Justice Bianco:

Please be advised that after a further review of the facts and circumstances of this action, the Plaintiff has decided to withdraw their complaint against the Defendant and discontinue this action.

The Defendant has not appeared, nor responded to correspondence.

We thank the Court for their courtesies and cooperation regarding this matter. Should you have any questions, please feel free to contact the undersigned directly.

Very truly yours,

Daniel M. Tanenbaum

DMT/ad